UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ANTOINE TUCKER, CRIM. NO. 11-656 (KSH)

## PETITION FOR WRIT OF HABEAS CORPUS

(  ) Ad Prosequendum          ( X ) Ad Testificandum

1. **ANTOINE TUCKER, SBI #000213039D,** ▮▮▮▮▮▮▮ (hereinafter the "Detainee") is now confined at the Central Reception & Assignment Facility

2. The Detainee is charged in this District by: (X) Indictment   ( ) Information   ( ) Complaint with a violation of Title 18:922(g)(1)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at U.S. Marshals, NEWARK, New Jersey, for a plea hearing before the Honorable Katharine S. Hayden, on Monday, February 6, 2012, at 3:00 p.m. in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: January 24, 2012

_____
ANDRE M. ESPINOSA
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: January 24, 2012

_____
Hon. Katharine S. Hayden

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Central Reception & Assignment Facility:

WE COMMAND YOU that you have the body of

**ANTOINE TUCKER**
**SBI #000213039D, DOB: 4/29/1984**

now confined at the Central Reception & Assignment Facility, PO Box 6450, Trenton, New Jersey 08628 (tel. 609-984-6000), brought to the U.S. Marshal's in Newark, New Jersey, on Monday, February 6, 2012, so that the Detainee may participate in a plea hearing before Judge Katharine S. Hayden beginning at 3:00 p.m. at the United States District Court, Newark, New Jersey.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States ~~Magistrate~~ Judge
Newark, New Jersey.

DATED: January 24, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk